UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO RAFAEL PADILLA-ARAUZ (A-220-881-144),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br>Respondents. | No. 1:26-cv-5732 DC CSK<br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On July 29, 2026, respondents filed a response to the petition. (ECF No. 9.) On August 3, 2026, the district court denied petitioner's motion for temporary restraining order and referred the matter to the magistrate judge. (ECF No. 12.) Petitioner is granted fourteen days to file a reply/traverse to the response.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's reply/traverse to the response, if any, is due within 14 days of the date of this order.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

/1/padi5732.100.2241.imm

DATED: August 5, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE